

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 27 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE B LUFF DIVISION

CASE NO. 5:13CV00199 DPM/HDY

1. Parties:

    A.    Name of plaintiff: Marion E. Riddell

            ADC# 073699 Bks #21

            Address: P. O Box 500, Grady, Arkansas 71644-0500

    B.    Name of defendant: Dr. Williams Warren

            Position: Medical Provider/Doctor

            Place of employment: Cummins Unit/Corizon (CMS)

            Address: P.O. Box 500, Grady, Arkansas 71644-0500

This case assigned to District Judge Marshall
and to Magistrate Judge Young

Name of defendant: Estella Murray-Bland

Position: ARN [Assitant Physitioan Nurse]

Place of Employment: Cummins Unit/Croizon (CMS)

Address: P.O. Box 500, Grady, Arkansas 71644-0500

Name of defendant: Dr. Troy Moore

Position: Former Doctor/ADC Cummins Unit

Place of Employment: Previously Corizon

Address: [Must be provided under seal by Cummins Unit Infirmary Corizon]

Name of defendant: Mrs. Marie Austin

Position: Former Infirmary Administrator.Cummins Unit

Place of Employment: Previously Cummins Unit/Corizon (CMS)

Address: [Must be provided under seal by Cummins Unit

Infirmary/Corizon]

Name of defendant: Corizon Medical Services

Position: Medical Service Provider

Place of Employment: C/O Pine Bluff Central Office ADC

Address: P.O. Box 8707, Pine Bluff, Arkansas 71603-8707

Name of defendant: Ms. D. Chance, LPN

Position: Infirmary, Cummins Unit

Place of Employment: Cummins Unit/Corizon (CMS)

Address: P.O. Box 500. Grady, Arkansas 71644-0500

Name of defendant: Ms. Laura Morgan, LPN

Position: Infirmary, Cummins Unit

Place of Employment: Cummins Unit/Corizon (CMS)

Address: P.O. Box 500. Grady, Arkansas 71644-0500

[Plaintiff futher states the possiblity of there being other additional Defendants, due to not having names of Pharmacy Employees responsible for ordering and ensuring medications properly recieved]

II.   Are you suing the defendants in:

_____ official capacity only

_____ personal capacity only

__X__ both official and personal capacity

III.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____ No __**X**__

    B.    If your answer to A is yes, describe each lawsuit .

        Plaintiffs: _____

        Defendants: _____

        Court (if federal court, name the district; if state court, name the   county)

        Docket Number: _____

        Name of judge to whom case was assigned:_____

        Disposition (for example:  Was the case dismissed?

        Was it  appealed? _____
        Is it still pending? _____

        Approximate date of filing lawsuit:_____

        Approximate date of disposition: _____

IV.    Place of present confinement: Arkansas Department of Correction, at Cummins Unit, P.O. Box 500, Grady, Arkansas 71644-0500

V.    At the time of the alleged incident(s), were you:

        _____in jail and still awaiting trial on pending criminal charges

        ____**X**_____ serving a sentence as a result of a judgment of conviction

        _____in jail for other reasons (e.g., alleged probation violation, etc.)
           explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised.

Plaintiff asserts that all exhaution of Administrative Remedies has been complied with, within the very definition of the Arkansas Department of Correction Grievance procedures. [See attached copies]

VII.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

The Prison Litigation Reform Act (PLRA) requires that the Plaintiff exhaust any available adminitrative remedies prior to filing such a complaint under Section 1983, [42 USCS §1997(e)(a)]. Whereby the Plaintiff admists that the Arkansas Department of Correction (ADC) does have an Inmate Grievance Procedure, and that the Plaintiff has of this presently filed complaint fully exhausted all said remedies. [See attached].

The Plaintiff [acknowledges] that none of the above so-named Defendants herein are entitled to any form of immunity, Furthermore, so stated that any person so acting under color of law, Federal or State protected rights subjected to action under Title 42 USCS Section 1983.

Under 42 USCA §1983 a prisoner may seek redress against amy person or persons actin under color of law, when said person(s) deprives said prisoner of any right guranteed by Constitutional or Federal/State Tort laws. [See *Oklahoma v City of Tuttio*, 471 U.S. 808 (1985); *McRaven v. Sanders*, 577 F 3d 974 (8th Cir 2009), also see: *Lyons v. Michigan DOC*, (E.D. Mich) Case No.: 21:08-CV-13631-CER/VMN].

Be it so stipulated that under 42 USCS §1983, does provide in pertinent part that "every one, person who, under color of law, statute, ordinance, regulation, custom, or usage subjectd, or caused to be subjected any citizen of the United States, or other person within the juridiction thereof to be deprived of any rights, priveleges, or immunities secured by the Constitution and laws, 'Shall' be held liable to the injured party on said action of law pursuant to Title 42 USCS §1983".

Therefore, all herein so named Defendants are being held accountable in their personal as well as official capacities, for having shown deliberate indeiffernce to the serious medical needs of the Plaintiff.

As well as for their gross misuse of power that was/is possessed by each so named Defendant by virtue of Constitutional ans State laws, which clothed them with the authroity State law as agents of state employees (or sub-contracted employees) or by being an employee of CMS/FMA formally now named Corizon Medical Services,

The Defendants so naned herein have violated the Plaintiff's rights as provided for by the United States Constitution, to be free from cruel and unsusal punishment [to include pain and suffering wantonly] also having violated the American's With Disapilities Act (ADA) a Rehabilitation Act.

The Defendants' total disregard for Plaintiff's well being are clearly deliberate indifference to the Plaintiff's "serious medical needs", and give rise to identical infliction of emotional stress otherwise known as "tort of outrage".

In this present claim [much like claims of others similarly situated within the Cummins Unit of Arkansas Department of Correction (ADC)] Defendants have shown deliberate indifference to the serious medical needs of Plaintiff as well as fellows, to wit:

Plaintiff, for years, had been under medical care of Dr. Fred Hiennaman, 200 Heart Center Lane, Hot Springs, Arkansas, having been diagnosed with Coronary heart Disease, as well as COPD. [ Note: Plaintiff was on prescribed medication of

(Tramadal 50Mg, Gabapentin 300Mg, Lisinolril 5 Mg, Forosomide 40 Mg, Plavix 75 Mg, Simvastatin 40 Mg and, Carvedilol 6.25 Mg)].

Yet upon reporting medical problem to nurse Wilson on May 3, 2011, at appproximately 20:00 hours (8:00 PM), Plaintiff was denied medical evaluation for chest pains, and was told to put in a Sick-Call.

(Prisoners within ADC whom are Chronic Care Heart Patients are always told to report chest pains to security, and go directly to the infirmary if that person is able to walk on his own) Plaintiff told nurse will only stop pill call or other function, upon medical emergency [chest pains on a chronic heart patient is such an emergency]).

On December 18, 2011, Plaintiff filed a missing medication report, for which was answered on December 20, 2011, stating "all meds reorderd today".

Yet on October 13, 2011, Plaintiff had to file a grievance due to missing medications from the month of October, until the date of January, 2012, the Plaintiff was not properly recieving his medication as so ordered. Deputy Director Wendy Kelly responded grievanee appeal was with merit [yet even now upon this filing the Plaintiff still faces problems of improper medication supply]. Nurses Chance, and Morgan in charge of ensuring that all medications are properly reordered or kept in stock.

On several occasions oafter having complained of severe chest pains, Plaintiff is and still is being denied proper medical evaluations. On November 21. 2011, Plaintiff was given a Holter Heart Monitor Test, [ test performed while Plaintiff was confined in bed in infirmary, where movement restricted and did not show patient in active motion (not properly performed)].

Whereby test results were misleading at best. On January 31, 2012, Plaintiff still not properly recieving prescribed medication on person. Grievance found with merit by Ms. Wendy Kelly.

On Nov. 9, 2011, Plaintiff filed an emegergency (10:25 PM) grivance for which was not treated as such. The CNA (Nurse) did not act accordingly and Plaintiff

suffered from 11-9, 2011, 10:25 PM til being seen on 11-15-11 at which time seen by so-called provider. It shows clear deliberate indifference to a serious medical need when medical staff refuse to see or evluate any form of severe chest pain, or other illness unless a "CODE" is called by security.

Plaintiff contends that Defendants, by virtue of failing to provide adequate medical care, or properly providing prescribed medications [whether prescribed by on-cite providers of sub-contractual providers] is clear deliberate indifference to serious medical needs. Plaintiff, for too long, has had to endure the hostile environment of Cummins Unit Infirmary and the medical staff, to the point it has become an outrage that should not be allowed to continue. Defendants show no sign of professionalism in treating patients. Therefore, this complaint is brought forth with good faith and intentions.

Plaintiff has long history of heart disease and COPD which if not properly treated are very much life threatening conditions. The Plaintiff has been denied properly prescribed medication that if given would ease the discomfort but still place Plaintiff at risk of future heart failure.

It is from the Cruel and Unusual Punishment by all so-named Defendants, by virtue of failure fo comply with Constitutional rights of Plaintiff that, and by virtue of Corizon Medical Services policies, which are a direct consequesce that henders proper treatment so as to cut cost and save money and man-power that demonstrates diliberate indifference and tort of outrage claim.

VIII.   Relief:

A). The Plaintiff seeks to have the ADC to have Corrections Board members to remove/viod contractual agreement with Corizon Medical Services, and to provide prisoners [Plaintiff included] with a medical provider (conpany) that has integrity to put the health of its patients over cost issues.

B). Plaintiff seeks to be given adequately prescribed medications in a timely manner and not changed medical co-payment fees for seking to have medical on-going problems (chronic care) issues resolved,

C). Plaintiff seeks against all parties so-named in their official and personal capacities the amounot of Two-Hundred Thousand Dollars ($200,000.00) for each so-named Defendant.

D). Plaintiff further seeks for his pain and suffering as well as mental anguish compensatory dmages in the amount of Four Million Dollars ($4, 000, 000.00) from Corizon Medical Services (CMS) for deliberate indifference and tort of outrage toward Plaintiff's serious medical condition by virtue of medical treatments at the expense of Plaintiff and others similarly situated.

E). Plaintiff seeks further compensatory damages from each Defendant so-named in the amount of Two-Hundred and Fifty Thousand Dollars ($250,000.00) for pain and suffering, and mental anguish.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __24__ day of ___June___, 20_13_.

_Marion Riddell_
(Signature(s) of Plaintiff)

# Arkansas Department of Correction
## Cummins Unit
### Inter-Office Communication

TO:        Inmate Marion Riddell #73669, Bks 21/0050

FROM:      G. Lay, Warden   *Waylon Lay*

RE:        Medical Condition

DATE:      November 26, 2012   *Recw 11-27-12*

I have spoken to Medical and they are very much aware of your medical issues.


GL/kb


cc:     Infirmary
        Inmate file
        File

DOCTOR FRED HIENNANAN                          MAY 4, 2011
200 HEART CENTER LANE,
HOT SPRINGS ARKANSAS, 71913


RE: MARIOR E RIDDELL
     MEDICAL TREATMENT RECORDS.


DEAR DOCTOR HIENNANAN.
    GREETING, This is Marion , I've been a patient of yours for a few years. Diagnosed with
Coronary Heart Desease, and C.O.P. D, I've been doing alright, although now I depend on the
Department of Correction Doctor's, which are not bad, My request of my medical record . is to
beable to communicate with their medical personal.
    I've only have general knowledge of my prescribed medication you provided during your treatment ,
What in question is the substitute prescribed medications, Will it put me at risk of serious harm
byway of new medication problems, delay of treatment will it make my health condition worse.
    The falling is is list of medication being provide during this time of confinement.

DOCESULE, SPIRONOLACTONE  25, FURUSEMIDE 40,  ASPIVIR 325, .

COREGLE 25,  LISINOPAIL 5, SIMVASTIN 40,

    The spelling may be off, It;s hard reading the DOCTOR'S writing. If there's a fee for my request
please for ward the amount to my address here at the unit.



            I APPRECIATE YOUR HELP ON THIS MATTER.


                          THANK YOU KINDLY.
                          RESPECTFULLY


                          -------------------------------------------
                          MARION E RIDDELL, #73669.
                          P.O. 500,
                          GRADY, ARKANSAS.

**SOCIAL SECURITY ADMINISTRATION**

Refer To: 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

Office of Disability Adjudication and Review
SSA ODAR Hearing Ofc
Rm 2405 Federal Bldg
700 West Capitol Ave
Little Rock, AR 72201-3227

Date: July 9, 2010

Marion Edward Riddell
PO Box 8592
Hot Springs, AR 71910

Notice of Decision – Fully Favorable

I carefully reviewed the facts of your case and made the enclosed fully favorable decision. Please read this notice and my decision.

Another office will process my decision. That office may ask you for more information. If you do not hear anything within 60 days of the date of this notice, please contact your local office. The contact information for your local office is at the end of this notice.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

> **Appeals Council**
> **Office of Disability Adjudication and Review**
> **5107 Leesburg Pike**
> **Falls Church, VA 22041-3255**

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

Form HA-L76 (03-2010)

See Next Page

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. If the Appeals Council reviews your case on its own, it will send you a notice within 60 days of the date of this notice.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

Form HA-L76 (03-2010)

Marion Edward Riddell (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)                          Page 3 of 3

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (501)525-6927. Its address is:

> Social Security
> 112 Corporate Terrace
> Hot Springs, AR 71913-7247

> Gary R. Shelton
> Administrative Law Judge

Enclosures:
Decision Rationale

cc:     Brenda Stinebuck
        621 Albert Pike
        Hot Springs, AR 71913

Form HA-L76 (03-2010)

work exists in significant numbers in the national economy that the claimant can do, given the residual functional capacity, age, education, and work experience (20 CFR 404.1512(g) and 404.1560(c)).

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

After careful consideration of the entire record, the undersigned makes the following findings:

**1.   The claimant's date last insured is December 31, 2013.**

**2.   The claimant has not engaged in substantial gainful activity since March 3, 2009, the alleged onset date (20 CFR 404.1520(b) and 404.1571 *et seq.*).**

The claimant worked after the established disability onset date; however, this work was an unsuccessful work attempt (Exhibits 4D and 1E).

**3.   The claimant has the following severe impairments: coronary artery disease, status post myocardial infarction; status post percutaneous transluminal coronary angioplasty (PTCA) with stent placement with recurrent blockage at 40 percent distal to stent; ejection fraction of 35 percent; ventricular arrhythmias; right dominant arm injury, remote; and chronic fatigue.  (20 CFR 404.1520(c)).**

**4.   The claimant does not have an impairment or combination of impairments that meets or medically equals one of the listed impairments in 20 CFR Part 404, Subpart P, Appendix 1 (20 CFR 404.1520(d), 404.1525 and 404.1526).**

**5.   After careful consideration of the entire record, the undersigned finds that the claimant has the residual functional capacity to perform the full range of sedentary work as defined in 20 CFR 404.1567(a).**

The claimant is limited to lifting and carrying objects weighing no more than 10 pounds occasionally, standing and walking for no more than 2 hours in an 8-hour workday; and sitting for no more than 6 hours in an 8-hour work day.  He is further limited due to chronic shortness of breath, weakness, loss of energy, and chronic fatigue.

In making this finding, the undersigned considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and SSRs 96-4p and 96-7p.  The undersigned has also considered opinion evidence in accordance with the requirements of 20 CFR 404.1527 and SSRs 96-2p, 96-6p and 06-3p.

The objective medical evidence establishes that Mr. Riddell was hospitalized in March 2009 with chest pain, and was diagnosed with acute cardiomyopathy post anterior myocardial infarction with ejection fraction of 40%, marked anteroapical/apical akinesis, and complete occlusion of the proximal LAD.  He subsequently underwent LAD percutaneous transluminal coronary angioplasty (PTCA).  Status postop, Mr. Riddell experienced pedal edema and was placed on

Lasix.  During follow-up examination in May 2009, there was puffiness noted in the lower extremities, especially around the posterior tibial area, along with dyspnea, and fatigue suggestive of mild volume overload (Exhibits 1F and 2F).

Records from Central Arkansas Cardiovascular Institute demonstrated that the claimant's ejection fraction had decreased to 35-40% by August 21, 2009, and Mr. Riddell was still requiring diuretics.  Mr. Riddell complained of dizziness and shortness of breath, and also began treatment for chronic obstructive pulmonary disease.  He was placed on Combivent Aerosol (Exhibits 5F and 6F).

On September 30, 2009, Susan Abrahamsen, APN, with Central Arkansas Cardiovascular Institute reported that the claimant's heart attack of March 2009 had left him with damage to his heart muscle and a decreased pumping function to 35%.  In addition, she reported that Mr. Riddell continued to experience chest pain and had recently been hospitalized in August 2009.  She reported that during his hospitalization, Mr. Riddell had experienced significant ventricular arrhythmias with runs of ventricular tachycardia, and had been placed on medication for control of this potentially lethal rhythm, but continued to have dizzy spells.  As a result, Mr. Riddell had been advised not to drive or be exposed to significant emotional stress (Exhibit 9F).

The medical evidence also documents that Mr. Riddell sustained an injury to his right arm in the past.  Dr. Robert Olive, Jr., the claimant's treating orthopedist, reported in May 1993, that Mr. Riddell had a 25% impairment of the right upper extremity, which overall translated into a 32% right upper extremity impairment or a 19% whole person impairment (Exhibit 11F).  Mr. Riddell is right hand dominant and continues to lack strength in his right upper extremity.

Mr. Riddell's activities of daily living are also significantly as a result of his impairments and symptomatology including weakness, dizzy spell, loss of energy, shortness of breath, and chronic fatigue.

After considering the evidence of record, the undersigned finds that the claimant's medically determinable impairments could reasonably be expected to produce the alleged symptoms, and that the claimant's statements concerning the intensity, persistence and limiting effects of these symptoms are generally credible.  The claimant's credibility is further enhanced by his good work record (Exhibit 4D).

The State agency medical consultants' assessments are found not to be persuasive because evidence received at the hearing level shows that the claimant is more limited than shown at the prior determination.

**6.   The claimant is unable to perform any past relevant work (20 CFR 404.1565).**

The demands of the claimant's past relevant work as a auto mechanic exceed the residual functional capacity.

See Next Page

7.   The claimant was an individual closely approaching advanced age on the established disability onset date (20 CFR 404.1563).

8.   The claimant has a limited (eighth grade) education and is able to communicate in English (20 CFR 404.1564).

9.   The claimant's acquired job skills do not transfer to other occupations within the residual functional capacity defined above (20 CFR 404.1568).

10.  Considering the claimant's age, education, work experience, and residual functional capacity, there are no jobs that exist in significant numbers in the national economy that the claimant can perform (20 CFR 404.1560(c) and 404.1566).

In determining whether a successful adjustment to other work can be made, the undersigned must consider the claimant's residual functional capacity, age, education, and work experience in conjunction with the Medical-Vocational Guidelines, 20 CFR Part 404, Subpart P, Appendix 2. If the claimant can perform all or substantially all of the exertional demands at a given level of exertion, the medical-vocational rules direct a conclusion of either "disabled" or "not disabled" depending upon the claimant's specific vocational profile (SSR 83-11).

Based on a residual functional capacity for the full range of sedentary work, considering the claimant's age, education, and work experience, a finding of "disabled" is directed by Medical-Vocational Rule 201.10.

11.  The claimant has been under a disability as defined in the Social Security Act since March 3, 2009, the alleged onset date of disability (20 CFR 404.1520(g)).

## DECISION

Based on the application for a period of disability and disability insurance benefits protectively filed on May 18, 2009, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act since March 3, 2009.

/s/ *Gary R Shelton*
Gary R. Shelton
Administrative Law Judge

July 9, 2010
Date

CW-11-02042

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Cummins_

Name _Marion Riddell_

ADC# _73669_   Brks# _5-A_   Job Assignment _Barrack Porter_

FOR OFFICE USE ONLY.
GRV. # _____
RECEIVED
Date Received: OCT 17 2011
GRV. Code _____
CUMMINS UNIT
GRIEVANCE OFFICE

_10-13-11_ (Date) STEP ONE: Informal Resolution

_10-15-11_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I don't understand_
_Why it take so long get my medication. I think Some Try_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning (Medical) or Mental Health Services? _____ If yes, circle one (medical) or mental_
BRIEFLY state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I would like to no_
_Why I haven't Recieve my Medication This_
_month. The First Time I Turn my Ticket in To_
_The Pill Window was on 10-3-11. Then The Second_
_Time I Put A mis Pill form in on The 10-6-11_
_now it is 10-13-11 I haven't Recove my Medication_
_Still on 10-13-11. The Infirmary Know That I have A Lot of_
_Health Problem, I need my medication A.S.A.P. I guess_
_That I canhit get no Help Tell me Who I need To_
_Talk To About This. I guess if I Die Tonite, who_
_Would Care, No one at This Place._

RECEIVED AND/OR READ
ARKANSAS DEPARTMENT
CORRECTION

DEC 12 2011

HEALTH & CORRECTIONAL PROGRAMS

_Marion Riddell_                              _10-13-11_
Inmate Signature                              Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _10-13-2011_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Laura Morgan LPN_ Date _10-13-11_

_Magan Moore_        _841053_        _Magan Moore_        _10-13-2011_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _Your medications have_
_been reordered. JBute 10/14/11_

_X Bing 10/14/11_                    _Marion Riddell 10-14-11_
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

(right margin, handwritten vertical): No I will take hole ol I don't care about my Exs inmate [illegible] Person They get my Medications EXs still have note got it This time. But I have To Try Thanks

IGTT420
3GH

INMATE NAME: Riddell, Marion E.          ADC #: 073669D          GRIEVANCE #: CU-11-02042

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(642) You reported in your complaint that you would like to know why you haven't received your medications for the month and you don't understand why it takes so long to get your medications. You report that the infirmary knows you have a lot of health problems and you need your medication ASAP. You have a lengthy list of medications, since you did not specify what medications you were out of I am going to address the ones necessary for your health problems. You received Metformin on 9-23-11 and 10-20-11, Qvar Inhaler 9-23-11 and 10-24-11, Spironolactone on 11-1-11, Furosemide on 10-7-11 and 11-4-11, Aspirin on 10-20-11, Coreg on 10-24-11, Nitro tabs on 9-23-11 and 10-20-11, Lisinopril 10-24-11, Clopidogrel 10-20-11 and Albuterol 9-23-11 and 10-19-11. We regret the mix up with your medications. We are experiencing issues with the pharmacy. I find this grievance had merit but has been resolved.


_M. Austin_ _____          _H.S.A_          _11-15-11_
Signature of Health Services          Title          Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 1 2 2011

**INMATE'S APPEAL**

HEALTH & CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I don't Think That The Problem, Has been Take Care of This month, I have Not get my Simvastatin 40mg, I Should had it on 10-29-11, it is Now 11-16, 11. I Thank That Someone Need To Like in to The Problem

_Marion Riddell_          _73669_          _11-16-11_
Inmate Signature          ADC#          Date

What happen in Pontua court does Because
I didn't get my medication, on Time, who
could my friends TALK To About, The Problems
I have some health Problem, Like CAD, COPT, An
in Large Heart. my body SAd Red most of The
Time, I have be To DR WARREN, About 10
Tem, About This. I Just Need Some
Help.

Thank You
MARION Riddell

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 1 2 2011

HEALTH & CORRECTIONAL PROGRAMS

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate <u>Riddell, Marion E.</u>   ADC #: <u>073669D</u>

FROM: <u>Kelley, Wendy L</u>     TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>CU-11-02042</u>  DATE: <u>12/12/2011</u>


Please be advised, the appeal of your grievance dated  <u>10/13/2011</u>
was received in my office on this date  <u>12/12/2011</u>


**You will receive communication from this office regarding this Grievance by** <u>01/27/2012</u>


- [ ] The time allowed for appeal has expired

- [ ] The matter is non-grievable and does not involve retaliation:

  - [ ] (a) Parole and/or Release matter

  - [ ] (b) Transfer

  - [ ] (c) Job Assignment unrelated to medical restriction

  - [ ] (d) Disciplinary matter

  - [ ] (e) Matter beyond the Department's control and/or matter of State/Federal law

  - [ ] (f) Involves an anticipated event

- [ ] You did not send all the proper Attachments:

  - [ ] (a) Unit Level Grievance Form (Attachment 1)

  - [ ] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

  - [ ] (c) Did not give reason for disagreement with Response on Attachment III or IV

  - [ ] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

  - [ ] (e) Unsanitary form(s) or documents received

  - [ ] (f) Other

IGTT400

3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Riddell, Marion E.             ADC #:   073669D

FROM:  Free, Lisa R                         TITLE:   ADC Inmate Grievance Coord

DATE:  10/17/2011                           GRIEVANCE #:   CU-11-02042

Please be advised, I have received your Grievance dated   10/13/2011  on  10/17/2011 .

You should receive communication regarding the Grievance by   11/15/2011

_____

Signature of ADC Inmate Grievance Coord

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 1 2 2011

HEALTH & CORRECTIONAL PROGRAMS

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be adressed by the Warden/Center Supervisor or designee.

◉  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____      _____      _____

Inmate Signature                      ADC #                           Date

IGTT430                                                                                              Attachment VI
3GD

INMATE NAME: <u>Riddell, Marion E.</u>      ADC#: <u>073669</u>   GRIEVANCE#:CU-11-02042

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

October 13, you grieved you have not received your medication this month. You state you
turned in your ticket on October 3, and a missed pill form on October 6, and you still have no
medication.

The medical department responded, "You have a lengthy list of medications, since you did not
specify what medications you were out of I am going to address the ones necessary for your
health problems. You received Metformin on 9-23-11 and 10-20-11, Qvar Inhaler 9-23-11 and
10-24-11, Spironolactone on 11-1-11, Furosemide on 10-7-11 and 11-4-11, Aspirin on 10-20-
11, Coreg on 10-24-11, Nitro tabs on 9-23-11 and 10-20-11, Lisinopril 10-24-11, Clopidogrel
10-20-11 and Albuterol 9-23-11 and 10-19-11. We regret the mix up with your medications. We
are experiencing issues with the pharmacy. I find this grievance had merit but has been
resolved."

In your appeal you disagree the problem has been solved. You should have gotten Simvastin 40
mg on October 29 and it is now November 16.

Your Medication Administration Records indicate that although you received 30 tablets of
Simvastin on November 23, you still are not receiving your on person medication on a regular
basis. There is no documentation that your Analgesic Balm, Albuterol Inhaler, Clopidogrel,
Lisinopril, Simvastin, Coreg, Aspirin, Docusate, Metformin, and Triamcinolone Cream were
issued in December. Out of these medications the Analgesic Balm was the only one issued in
January.

This appeal is with merit.


_____Wendy Kelley_____          ___1|27|12___
             Signature                              Date

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Cummis_

Name _Marion Riddell_

FOR OFFICE USE ONLY

GRV. # ~~CU-CU-11-00601~~   RECEIVED

Date Received: NOV 1 4 2011

GRV. Code #: CU____ UNIT

GRIEVANCE OFFICE

ADC# _73669_   Brks # _5-A_   Job Assignment _Barrack Portr_

_11/9/11_ (Date) STEP ONE: Informal Resolution

_11/10/11_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I was seen today because I filed this grievance — fails to address of emergency care!_

_11/9/11_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Chest pain, severe head-achs, body rash, elevated temperature._

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _This AM I have developed a roseda type rash with slight swelling over my entire body. I'm having chest pain and severe headache's with a high temp at wake up._
_I asked Ms. Booker to call the infirmary to tresnt this as an emergency. The infirmary said "put in a sick call request." This is serious and painful now!_
_At lunch I asked Lt. Lee to assist me in getting some medical help - Lt. Lee did not reply other then acknowledging that I have a fully body red rash. I should not have to suffer like this. Please act at once._
_I reserve the right to name others involved as their names become known._

_Marion Riddell_                    _11/9/11    10:35 P. MW_
Inmate Signature

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _11-9-11_ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Okoro_ Jr              Date _11/9/11_

_CMGMr._                    _CM Curtr_                    _11-9-11_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: _You were seen today 11-10-11 at sick call and stated "I need to talk to someone about my test that I had on my heart, I haven't received on x-ray." "I need to talk to someone about the pill that supposed to make me sleep. No complaint of chest pain or headache" your vital signs were normal. Non emergent. M. Curtr_
Staff Signature & Date Returned _____ Inmate Signature & Date Received _Marion Riddell 11-10-11_

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

------------------------------------------------------------------------

DISTRIBUTION: YELLOW & PINK – Inmate Receipts; BLUE-Grievance Officer; ORIGINAL-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

INMATE NAME: <u>Riddell, Marion E.</u>     ADC #: <u>073669D</u>     GRIEVANCE #: <u>CU-11-02216</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(605) You reported in your complaint of 11-9-11 10:35 pm, that on the morning of 11-9-11 you developed a</u>
<u>Roseola type rash with slight swelling over your entire body. You reported you were having chest pain and</u>
<u>severe headaches with a high temp when you wake up. You report that the infirmary said put in a sick call. You</u>
<u>report this was an emergency and you should not be made to suffer like this. You reported on 11-10-11 that the</u>
<u>only reason you were seen was because of this grievance. You were seen on 11-10-11 because of the request</u>
<u>that you submitted and you were in no distress. You referred to the provider and seen on 11-15-11 and you were</u>
<u>in no distress. In a medical emergency you will be cleared into the infirmary.</u>

Signature of Health Services      Title: H.S.A      Date: 12-9-11
Administrator/Mental Health
Supervisor or Designee

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 29 2011

HEALTH & CORRECTIONAL PROGRAMS

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I don't understand why if a Person is
huet like I was, why can I get The Right
Help, I have had This Rash for about 10, month
Are so, I have C.A.D. is call Poor Blood floode.
I have be in Pain, for month, still no Help!!
Let me no who I can ask, for help, I have
Marion Riddell                    73669            12-16-11

Inmate Signature                    ADC#              Date

See DR Warren And MS Murray still no help with
my health Problem,

IGTT420                    Page 1 of 1

*11-9-11*

IGTT430
3GD

Attachment VI

INMATE NAME: <u>Riddell, Marion E.</u>     ADC#: <u>073669</u>     GRIEVANCE#:CU-11-02216

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

November 9, 2011, you filed an emergency grievance complaining of chest pain, severe headache, body rash, and elevated temperature. You claim you asked Ms. Booker to call the Infirmary and to treat this as an emergency and the Infirmary said to "put in a sick call request." You claim at lunch you asked Lt. Lee to get you some medical help and he did not reply other than to acknowledge you had a full body red rash.

The medical department responded, "You reported on 11-10-11 that the only reason you were seen was because of this grievance. You were seen on 11-10-11 because of the request that you submitted and you were in no distress. You referred to the provider and seen on 11-15-11 and you were in no distress. In a medical emergency you will be cleared into the infirmary."
In your appeal, you complain that you do not understand why if a person is hurt like you were you cannot get the right help. You state you have had this rash for about ten months and you also have CAD.

You were seen by Deana Conner, LPN, on November 10 in sick call and requested the results of a test (Holter monitor) you had on your heart the week before, complained you had not received your Simvastin, and you needed to talk with someone about that pill that is supposed to make you sleep. You made multiple complaints, but none of an emergent nature. You saw Dr. Warren on November 14 complaining of sweating "like a pig" at work. Your vital signs were within normal limits and no unusual diaphoresis was noted. He prescribed Ibuprofen 600 mg twice a day.

The Medical Grievance Procedure states an "Emergency grievances may be submitted without the submission of an Informal Resolution form (Step One). However, if the Emergency Grievance is found to not involve a substantial risk of personal injury or serious irreparable harm, it will be returned to the problem solver and processed as an Informal Resolution. If the staff member determines that an emergency situation does exist, corrective action will be taken immediately." Your grievance was marked by you as an emergency, and the problem solver did take it to medical after you submitted it (you dated it 10:25 p.m.); however, the CNA who received it did not have it reviewed by a nurse.

Due to the fact that your emergency grievance was not appropriately reviewed, I find this appeal with merit.

_Wendy Kelley_                    _2/1/12_

IGTT405
.3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate <u>Riddell, Marion E.</u>               ADC #: <u>073669D</u>

FROM: <u>Kelley, Wendy L</u>                      TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>CU-11-02216</u>        DATE: <u>01/06/2012</u>

Please be advised, the appeal of your grievance dated  <u>11/10/2011</u>
was received in my office on this date  <u>12/29/2011</u>

**You will receive communication from this office regarding this Grievance by** <u>02/13/2012</u>

☑    The time allowed for appeal has expired

☑    The matter is non-grievable and does not involve retaliation:

   ☑    (a) Parole and/or Release matter

   ☑    (b) Transfer

   ☑    (c) Job Assignment unrelated to medical restriction

   ☑    (d) Disciplinary matter

   ☑    (e) Matter beyond the Department's control and/or matter of State/Federal law

   ☑    (f) Involves an anticipated event

☑    You did not send all the proper Attachments:

   ☑    (a) Unit Level Grievance Form (Attachment 1)

   ☑    (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached
        (Attachment IV for Health Issues Only)

   ☑    (c) Did not give reason for disagreement with Response on Attachment III or IV

   ☑    (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

   ☑    (e) Unsanitary form(s) or documents received

   ☑    (f) Other

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Riddell, Marion E.                    ADC #:  073669D

FROM:  Free, Lisa R                                 TITLE:  ADC Inmate Grievance Coord

DATE:  11/14/2011                                   GRIEVANCE #:  CU-11-02216

Please be advised, I have received your Grievance dated   11/10/2011  on  11/14/2011 .

You should receive communication regarding the Grievance by   12/14/2011

*Lisa Free*

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- This Grievance will be adressed by the Warden/Center Supervisor or designee.

- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

- This Grievance has been determined to be an emergency situation, as you so indicated.

- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of ,  or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 29 2011

HEALTH & CORRECTIONAL PROGRAMS

_____          _____          _____
Inmate Signature                              ADC #                                      Date

C:13-cv-02268

RECEIVED
GRV. # _____
Date Received NOV. 2 3 2011
GRV. Code CUMMINS UNIT
GRIEVANCE OFFICE
600

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**
Unit/Center _Cummins_

Name _Marion Riddell_

ADC# _73669_   Brks # _5-1A_   Job Assignment _Baccall_

_11-20/11_ (Date) STEP ONE: Informal Resolution

_11-22/11_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I Haven't Received_
_It at all Should had 0-30-11 Still don't have_
____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ ____ _If yes, circle one:  medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I Would Like To No Why,_
_I have So much Problem get my Pills I Belive_
_That The Infirmary doesn't Care about the_
_inmate. I have been Tried To get one of my_
_Pill about a whole mouth, I have Teen in Sick_
_Put on Request, Put on Pill foam Tell Them_
_about it, I Should have it on Oct 29, 2011,_
_Now it is 11-20.2011, Still don't have it So on_
_11-19-2011, I went To The Pill Window, Ms_
_Rice was work that day. I ask her To check_
_on it, she Told me it was Order, on 11-18-2011,_
_I ask her why, so Long, She Said Some isn't_
_do There Job, The Pill is call Simvastatin 40mg_
_Is foa my Cholesterol Problem, I have CAD. To that_
_doesn't help my Problem win I don't get Them._

_Marion Riddell_   _11-20-11_
Inmate Signature                               Date
_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _11-21-11_ (date), and determined to be **Step One** and/or an Emergency Grievance
____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name
of the person in that department receiving this form: _____   Date _11/21/11_
_Sgt J.D.Turner_   _C786_   _Sgt JDT...._   _11-21-11_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: _You received your simvastatin on_
_9/20/11.  Your  Medication  has  been reordered.  JBute 11/22/11_

_X_____   _11/23/11_   _X Marion Riddell_   _11-22-11_
Staff Signature & Date Returned                Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____
----------------------------------------------------------------
**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

INMATE NAME: <u>Riddell, Marion E.</u>          ADC #: <u>073669D</u>          GRIEVANCE #: <u>CU-11-02268</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(642) You reported in your complaint of 11-21-11 that you have not received your Simvastatin for October and by 11-21-11 you still had not received it. We regret the confusion and the missed medication. A refill was ordered for you on 11-6-11 and 11-18-11 and was finally received and issued to you on 11-23-11. We look forward to much more expedient service from our new pharmacy vendor. I find your grievance had merit but has been resolved.

_____          _____          _____
Signature of Health Services                    Title                                  Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

JAN 3 2012

HEALTH & CORRECTIONAL PROGRAMS

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I don't understand Why, won a person is in A.D.C. That The Infirmary doesn't Care About Them. I have been Live With C.A.D. Since 2008, That Why I Believe That my Cholesterol, is so Bad, That WHY I do my best Stay on of my R.M.

MARION Riddell          73669          11-28-11
Inmate Signature            ADC#             Date

I am in Pain With my Health Problem every day I cant get no help with The Pain I have.

*11-21-11*

IGTT430
3GD

INMATE NAME: <u>Riddell, Marion E.</u>     ADC#: <u>073669</u>     GRIEVANCE#:CU-11-02268

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

November 21, 2011, you grieve you are not receiving your Simvastin as ordered.

This is a duplicate to CU-11-02042. Duplicate grievances are without merit. I have attached my finding below:

"Your Medication Administration Records indicate that although you received 30 tablets of Simvastin on November 23 you still are not receiving your on person medication on a regular basis. There is no documentation that your Analgesic Balm, Albuterol Inhaler, Clopidogrel, Lisinopril, Simvastin, Coreg, Aspirin, Docusate, Metformin, and Triamcinolone Cream were issued in December. Out of these medications the Analgesic Balm was the only one issued in January.

This appeal is with merit."

_____           1/31/12
        Signature                    Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Cummis_

Name _Marion Riddell_

FOR OFFICE USE ONLY
GRV. #: _CU-12-0207H_
Date Received: _AUG 29 2012_
GRV. Code #: _6_

ADC# _73669_   Brks # _5-A_   Job Assignment _Barrack Poter_

_8-27-12_ (Date) STEP ONE: Informal Resolution

_8-28-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Why don't I get in The InFarmory, win I need help. Telling Put a Sick CAll, in, But if A Person is in Pain I he Should get Help NOW, not Tell or Tree day down The bell_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _On 8-25-12, I Went down To The Pill Window, To get my noon medicine, Win I got to The Window, I talk to me Scott She ask me why I was so Red, And Sweaty, I told her That I have been like That for some month But The Last few dayI have been more Red, And Heat, in Pain. She told me go get my officer on my Barrock, To call The InFarmory is if I CAN go down There to get some help. So I ask The officer on my Barrock, if She would Call The In Farmory, See if I CAN go do There, She Did, But The Nurse was on Duty, Told me To Tall me To Put a Sick CAll, in. I Thought That a Person Was in need he Should get some help, before he go To Hosptal. I have had This Red Skin, Been Feel Sweaty body, For now Around Ayem, I have been down To The InFarmory Tried, To get some Help with This Health Problem. I have been Change for most of The Sick OAll, with This Problem.._

_Marion Riddell_                                    _8-27-12_
Inmate Signature                                    Date

**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _8/27/12_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _8/27/12_

_Sgt. 2b. Carthan_          _6205_          _Sgt. 2b. Carthan_          _____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _You were Seen by Sick Call Today for This complaint you have been Refered To The Provider. Seen there on 8/28/12_

_J. Carthan 8/28/12_          _Marion Riddell_          _8-28-12_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____
Staff Who Received Step Two Grievance: _____ Date: _____

RECEIVED (Yes or No)
DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _OCT 19 2012_

----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL** RECEIVED HEALTH PROGRAMS Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

Attachment IV

INMATE NAME: Riddell, Marion E.      ADC #: 073669D      GRIEVANCE #: CU-12-02074

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605) Your 8-28-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare provider, has been provided to you.
You state you were denied medical treatment by "the nurse on duty" for your complaint of your skin being red and being in pain.
On 8-28-12 you were assessed by nursing staff for your complaint of having problems with your skin being red and your feet burning. The nurse noted skin slightly flushed and no edema to your lower extremeties. You were referred to the provider.
An emergent condition is one that requires immediate attention in order to preserve life or body function. The nurse determined at that time your concerns was no an acute or emergent condition. Your original complaint is without merit. I find that you were referred to the provider from that visit but find no documentation of the encounter so you will be rescheduled.

_____          _____          _____
Signature of Health Services              Title                    Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 19 2012

HEALTH & CORRECTIONAL PROGRAMS

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

This is The Same Problem, with my Red Skin, That I have Been Tried To geT Some Help With Now go On A year Are more, My Feet STill Burn Body STAy HoT, IT hard To geT Some ResT Cause I want up All Throw The NIGHT.

IGTT430
3GD

Attachment VI

**INMATE NAME:** Riddell, Marion E.          **ADC #:** 073669          **GRIEVANCE#:**CU-12-02074

On August 27, 2012, you grieved that on August 25, you were denied medical care by the nurse who was on duty. You state that your barracks officer called the infirmary to see if you could go to the infirmary due to your skin being red and sweaty, but the nurse advised the officer that you needed to submit a sick call. You state that you have been dealing with this issue for a year and need some help.

The medical department responded, "On 8-28-12 you were assessed by nursing staff for your complaint of having problems with your skin being red and your feet burning. The nurse noted skin slightly flushed and no edema to your lower extremities. You were referred to the provider. An emergent condition is one that requires immediate attention in order to preserve life or body function. The nurse determined at that time your concerns was no an acute or emergent condition. Your original complaint is without merit. I find that you were referred to the provider from that visit but find no documentation of the encounter so you will be rescheduled."

Your appeal states that you have been trying to get help with this issue for a year. You state that your feet burn and your body stays hot.

Utilization of the sick call process is the proper way to have your medical issues addressed unless the issue is deemed to be an emergency and then the issue will be addressed as a "walk-in". Your issue was not deemed to be an emergency and you were advised to utilize the sick call process per policy.

You were seen in sick call on August 28 for your complaints and the nurse referred you to the provider. You were advised in the medical department's response that you would be scheduled for the referral since you had not yet been seen. September 29, you were seen by Mrs. Bland, APN, for chronic care and she noted, "scattered hyperpigmented areas" to bilateral lower extremities; however, she did not address your sick call complaints. A review of your medical record indicates that you have been seen by the provider three times since your September 29 chronic care encounter and the provider did not note that you complained of your feet burning or redness to your skin. I encourage you to continue to utilize the sick call process to have your medical issues addressed.

Due to the delay in you being seen for the sick call referral, this appeal is with merit, but resolved since you have been seen.

_Wendy Kelley_                _12/5/12_
Director                Date

Marion Biddell                    73269              10-1-12
_____          _____   _____
Inmate Signature                      ADC#               Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 1 9 2012

HEALTH & CORRECTIONAL PROGRAMS

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center _Cummins_
Name _Marion Riddell_

FOR OFFICE USE ONLY
GRV. # _Cu-12-02076_
Date Received: _RECEIVED_
GRV. Code #: _UG 2 9 2012_

ADC# _73669_   Brks # _5-A_   Job Assignment _Barrace Porter_

_8-27-12_ (Date) STEP ONE: Informal Resolution

_8-28-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Why doesn't A Person have_
_To go To The Infirmary So minute Trouble To Get The Right Help_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I have been in ADC Since First_
_of 2010, I have been Tried To get The Right Health Care, I_
_have wrote Wendy Kelly About my Health Problem, But she asn't_
_been no Help To me. I have been To The Infirmacy About my_
_Red Skin, My Feet Been my body Sweaty, Wait me up out of_
_my sleep, It Hard on me To get Some Rest, I have Talk_
_10 Ms Blant, Dr Warren, About This Problem, Before, but_
_it Like Thank Then don't care if you Live or Die. I have_
_Show, The Nurse, down in The Infirmacy my Red Skin, The_
_Nurse I have Show, is Ms Rice, Mr Hunter, Mrs Howing, Too, I have_
_Show Then win I have Been On Sick Call, I have Show, I neve_
_on Pill Call window. I have been down There About Ten Times more About_
_This Problem, I have been change most of The Time, for The Sick Call it should_
_been on Chronic care, or followed. If I was in The world, had go To The Doctor_
_I wouldn't be change, for a follower. My next step is To get my Friends To Call A Lawyer_
_or The Governor. See if it will help me get The Right Help_

_Marion Riddell_ _____ _8-27-12_
Inmate Signature _____ Date

_(right margin, vertical)_ _or Change him Barrack Time_

DEPUTY DIRECT.
ARKANSAS DEPARTMENT
OF CORRECTION
OCT 19
HEALTH & CORRECTION

**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _8/27/12_ (date), and determined to be Step One and/or an Emergency Grievance
_NO_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _8/27/12_
_Sgt EB Carthan_ _6205_ _Sgt EB Carthan_
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: _You were Seen in Sick Call_
_Today, for This Complaint. You have Been Referred To_
_The Provider, Watch for By in List — Cna Hows Rn 8/28/12_

_P. Chns ph 8/28/12_ _Marion Riddell_ _8-28-12_
Staff Signature & Date Returned _____ Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

INMATE NAME: Riddell, Marion E.          ADC #: 073669D          GRIEVANCE #: CU-12-02076

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(650) Your 8-28-12 grievance has been received and reviewed as well as your medical record to determine if you were incorrectly assessed a medical co-pay fee.
You state that you have been charged for most of your sick calls since being incarcerated since the first of 2010 and they should have been on chronic care.
The last bank account withdrawal was on 3-18-12. You are out of timeframe for this complaint therefore your grievance is without merit.

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Title | Date |
|---|---|---|

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

OCT 19 2012

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? If you will Look back on The Record. you can See The SAme Thing, That I Sybed!! I ask ms. Allen Send me A PAPer The money, come in And The money I Spend, Look AT my Commissary. money it will Tell you Thankyou.

| Inmate Signature | ADC# | Date |
|---|---|---|
| Marion Riddell | 73669 | 10-2-12 |

IGTT430
3GD

INMATE NAME: Riddell, Marion E.          ADC #: 073669          GRIEVANCE#:CU-12-02076

On August 27, 2012, you grieved that you have been charged for most of your sick calls and should not
have been. You state that you have been to sick call regarding the burning in your feet and redness of
your skin several times and charged for the encounters, but they should have been chronic care or a
follow up and you should not have been charged for them.

The medical department responded, "The last bank account withdrawal was on 3-18-12. You are out of
timeframe for this complaint therefore your grievance is without merit."

Your appeal states that a review of your "commissary money" will show how much money you receive
and spend.

Per the grievance policy, inmates are to provide specific information when submitting an appeal. You
did not provide specific dates in which you claim you were charged for sick call and should not have
been. You have not been charged a co-pay since March 17, 2012.

This appeal is without merit.

_Wendy Kelley_
Director

_12/5/12_
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _Marion Riddell_

FOR OFFICE USE ONLY
GRV. _OR1102731_
Date Received _OCT 3 1 2012_
GRV. Code _____ _0_
GRIEVANCE OFFICE

●ADC# _73669_   Brks # _21_   Job Assignment _Barrcell Porter_

_10-26-12_(Date)  STEP ONE:  Informal Resolution

_10-30-12_(Date)  STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I have been told This for Some Time, I was on The doctor list_

_____ (Date)  EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I have been A Heart Patient Since, First of 2008, I want To See my Heart Doctor ever Six month, Cause I had Three bad heart Attack With in Three month Time, But Since I have been in A.D.C., I have been There one Time, That was in Dec 2010 When you Are A Heart Patient, you Should See A Heart Doctor, once a year, Let Them Check your Heart, Make Sure, That it is Work ok, And Have No more Problem. But Now, it is go on Two year Since, I have got my Heart Check By A free world heart doctor. I have been have Check PAIN, From, Time, To Time, Hard To Sleep Some night, feet Busy Still, Haven't got No Help, From The ADC. Infirmary. At This Time._

RECEIVED–DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

_Marion Riddell_           DEC 1 9 2012        _10-26-12_
Inmate Signature                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _10-26-12_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No).  This form was forwarded to medical or mental health? _Yes_ (Yes or No).  If yes, name of the person in that department receiving this form: _____  Date _10/26/12_

_Cpl. F. Pierre_         _83527_         [signature]         _10-26-12_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number    Staff Signature       Date Received

Describe action taken to resolve complaint, including dates: _Will Schedule you with the barber, for Consult, concerning your Chest cp's with your Heart Doctor next week.         Sha thru fn 10/29/12_

_King  10-30-12_              X _Marion Riddell 10-30-12_
Staff Signature & Date Returned              Inmate Signature & Date Received

●This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

*BK 31 / GP*

Attachment IV

INMATE NAME: <u>Riddell, Marion E.</u>          ADC #: <u>073669D</u>          GRIEVANCE #: <u>CU-12-02731</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(655) Your 10-30-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provide to you.</u>
<u>You state you went to see the heart doctor every since months prior to incarceration and you feel you should see a heart doctor once a year.</u>
<u>Your health condition is being followed in chronic care clinic. Your current medical treatment is being addressed by a qualified medical professional and you will continue to received appropriate care as determined necessary and clinically indicated based on your providers' judgement. You have not been referred to a Cardiologist at this time; therefore, your grievance is without merit.</u>
<u>If your medical condition changes please address any concerns through the sick call process.</u>

_Marie Austin_

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 19 2012

HEALTH & CORRECTIONAL PROGRAMS

Marie E Austin          12/05/2012
_____          _____
Title                    Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? How can you sad That my Cardiologist, has been Take care of. I haven't Sawr A Heart doctor Seen, Dec 2010. I have C.A.D That why, I had. To go See him like, I did. I was in Real Bad Health. He Told me That I was A Luck man, be here The Last Time I was At The Heart doctor, he Told me, That my Blood Flow was 20%, Should be At 55%. If you would Check medical Record, you would see, How Bad health That I am in.

_Marion Riddell_          73669          12-8-12
_____          _____          _____
Inmate Signature                 ADC#                     Date

IGTT430
3GD

Attachment VI

INMATE NAME: Riddell, Marion E.          ADC #: 073669          GRIEVANCE#:CU-12-02731

On October 26, 2012, you grieved that you have not seen the cardiologist since 2010. You state that you have a history of heart attacks and were seeing a cardiologist every six months while in the free-world, but have only been once since entering ADC.

The medical department responded, "Your health condition is being followed in chronic care clinic. Your current medical treatment is being addressed by a qualified medical professional and you will continue to received appropriate care as determined necessary and clinically indicated based on your providers' judgement. You have not been referred to a Cardiologist at this time; therefore, your grievance is without merit."

Your appeal states that you have CAD and have not seen the heart doctor since 2010. You state that you need to have your heart checked by a free-world doctor.

A review of your medical record indicates that since your December 2010 visit with the cardiologist, you were tested with a heart cath and a halter monitor; documentation by the provider indicates that both test results were normal. Your health condition has been followed in chronic care clinic and a referral to the cardiologist has not been made because it has not been deemed medically necessary.

You have been seen for your complaints and treated as deemed appropriate and clinically indicated based upon your providers' medical judgment; therefore, I find this appeal without merit.

_Wendy Kelley_                          _2/6/13_
Director                                 Date