## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARION E. RIDDELL**
**ADC #073669**                                                        **PLAINTIFF**

v.                              **No. 5:13-cv-199-DPM-HDY**

**WILLIAM WARREN; ESTELLA BLAND,**
**ARN, Cummins Unit, ADC; TROY MOORE,**
**Cummins Unit, ADC; MARIE AUSTIN, Former**
**Infirmary Administrator, Cummins Unit, ADC;**
**CORIZON INC.; DENISE CHANCE; and**
**LAURA MORGAN, Cummins Unit, ADC**          **DEFENDANTS**

### ORDER

No one has objected to Magistrate Judge H. David Young's Proposed

Findings and Recommendations, № 27. Having reviewed for clear errors of

fact on the face of the record, FED. R. CIV. P. 72(b) (1983 Addition to Advisory

Committee notes), and for legal error, the Court adopts the proposal. The

defendants' motions to dismiss, № 13, 17, & 23, are denied.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

  13 September 2013